**O'BRIEN, BELLAND & BUSHINSKY, LLC**
The Executive Plaza
2111 New Road, Suite 101
Northfield, New Jersey 08225
(609) 677-7930
*Attorneys for Plaintiffs*
By:   Brett I. Last, Esquire

| | |
|---|---|
| **TRUSTEES OF THE NATIONAL PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, et al,**  *Plaintiffs,*  vs.  **RICHARD D'APUZZO, JR.,**  *Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE  Case No. 06-2791 (JLL)  **MOTION FOR SPECIAL APPOINTMENT** |

Pursuant to Rule 4(c), F.R.C.P., the plaintiffs in the above-captioned civil action hereby move this Court to specifically appoint Guaranteed Subpoena or such other person or agent as may be necessary, to serve the Writ of Execution upon Commerce Bank in this action and represent that:

1. Said person will be competent and not less than eighteen years of age;

2. Said person will not be a party to this action;

3. Granting the instant motion will effectuate substantial savings in time and/or travel fees of the United States Marshal.

BRETT I. LAST, ESQUIRE
*Attorney for Plaintiffs*

**ORDER**

**AND NOW**, to wit, this _12_ day of _June_, 2007, it is **ORDERED** that Guaranteed Subpoena, or such other person or agent as may be necessary, be and the same is hereby SPECIFCALLY APPOINTED TO SERVE the Writ of Execution upon Commerce Bank in this action.

**IT IS FURTHER ORDERED** that proof of such service shall be made by affidavit in accordance with Rule 4(g) of the Federal Rules of Civil Procedure.

By: _Charlie Sanders_
   *Deputy Clerk*